# United States Court of Appeals
## For the First Circuit

No. 07-1796

CONNECTU LLC,

Plaintiff, Appellant,

v.

MARK ZUCKERBERG ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on April 3, 2008 is corrected as follows:

On p.15, footnote 7, l.3, "any error is in this instance would appear to be harmless" should be "any error in this instance would appear to be harmless"